# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAIAH S. KYLES,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLTRAN EDUCATION, INC.,<br><br>                Defendant | Case No. 1:19-cv-03474 |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Having considered Defendant Alltran Education, Inc.'s Consent Motion to Extend its time to answer, move, or otherwise plead in response to Plaintiff's Complaint, and Plaintiff's consent thereto

**IT IS HEREBY ORDERED**, that the motion is **GRANTED**, and the deadline for Defendant Alltran Education, Inc. to answer, move or otherwise plead in response to the Complaint shall be extended by three (3) week(s), up to and including July 12, 2019.

                              IT IS SO ORDERED

                              _____

                              J.